## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JEFFREY J. SPERRY,

                    Plaintiff,

        v.                                          CASE NO. 18-3121-SAC

UNION SUPPLY GROUP, INC., et al.,

                    Defendants.

### ORDER OF DISMISSAL

This matter is a civil rights action filed under 42 U.S.C. § 1983. On July 25, 2018, the Court ordered Plaintiff to file an application to proceed without prepayment of fees by August 10, 2018. There has been no response.

Under Rule 41(b) of the Federal Rules of Civil Procedure, a district court may dismiss an action "if the plaintiff fails to prosecute or to comply with these rules or a court order." Fed.R.Civ.P. 41(b). After a review of the record, the Court concludes this matter may be dismissed.

**IT IS THEREFORE ORDERED** that this matter is dismissed without prejudice for lack of prosecution.

**IT IS SO ORDERED.**

DATED: This 11th day of September, 2018, at Topeka, Kansas.


                            s/ Sam A. Crow
                            **SAM A. CROW**
                            **U.S. Senior District Judge**

1