# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

## JUDGMENT IN A CIVIL CASE

JEFFREY J. SPERRY,

          **Plaintiff,**

  **v.**                                         **CIVIL NO.  18-3121-SAC**

UNION SUPPLY GROUP, INC., RAYMOND
ROBERTS, JOHNNIE GODDARD, DOUGLAS
BURRIS, JAMES HEIMGARTNER and
JACK CAUBLE,

          **Defendants.**

**( )**    **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**( x )**    **DECISION BY THE COURT.**  This action came before the Court.  The issues have been considered and a decision has been rendered.

          **IT IS ORDERED AND ADJUDGED** that this matter is dismissed without prejudice.

Entered on the docket 09/11/18

**Dated:  September 11, 2018**        **TIMOTHY M. O'BRIEN, CLERK**

                        **s/S. Nielsen-Davis**
                        **Deputy Clerk**